**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| DAVE BRYANT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-562-MEF-CSC |
| ) | |
| COMMUNITY BANKSHARES, INC., ) | (WO – Do Not Publish) |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause comes before the Court on Plaintiffs' Consent Motion to Extend Time in Which to Answer Defendants' Motion to Dismiss (Doc. # 26). In that motion, Plaintiffs requested additional time to respond in order to consider documents that the parties were endeavoring to exchange.

It is hereby ORDERED that Plaintiffs respond to the Motion to Dismiss by **Friday, September 28, 2012**. The Court further orders that Defendants reply to Plaintiffs' response by **Friday, October 5, 2012**. The Court will grant no further extensions of deadlines at this stage in the litigation without a showing of good cause.

DONE this the 24th day of September, 2012.


/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE